IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JERRY LEWIS,

    Plaintiff,

v.

CORCORAN STATE PRISON FOOD SERVICES DEPARTMENT,

    Defendant.

No. C 11-00580 **SBA** (PR)

**AMENDED ORDER OF TRANSFER**

Plaintiff, a state prisoner, has filed a pro se civil rights action pursuant to 42 U.S.C. § 1983. He has not paid the filing fee or filed a motion for leave to proceed in forma pauperis.

The acts complained of occurred at Corcoran State Prison, which is located in the Eastern District of California, and it appears that the Defendants reside in that district. Venue, therefore, properly lies in that district and not in this one. See 28 U.S.C. § 1391(b).

Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the United States District Court for the Eastern District of California. The Clerk of the Court shall transfer the case forthwith.

IT IS SO ORDERED.

Dated: 3/1/11

                                      SAUNDRA B. ARMSTRONG
                                      UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

JERRY LEWIS,

        Plaintiff,

  v.

/ et al,

        Defendant.

Case Number: CV11-00580 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 1, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jerry Lewis F54650
California State Prison - Corcoran
P.O. Box 3471
Corcoran, CA 93212-3471

Dated: March 1, 2011

        Richard W. Wieking, Clerk
        By: LISA R CLARK, Deputy Clerk